| PROB 22<br>(MD/PA 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| TRANSFER OF JURISDICTION | | 1:21CR00112-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:26-cr-00063-APG-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Middle District of Pennsylvania | DIVISION<br>Harrisburg |
|---|---|---|

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

Wallace Smith

4/27/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
MAM
BY:_____ DEPUTY

NAME OF SENTENCING JUDGE

Jennifer P. Wilson
United States District Judge

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | October 1, 2025 | September 30, 2028 |

OFFENSE

Possession with Intent to Distribute at Least 400 Grams and More of Fentanyl and at Least 5 Kilograms and More of Cocaine Hydrochloride -- 21 U.S.C. § 841(a)(1)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE</u> DISTRICT OF <u>PENNSYLVANIA</u>

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| 1/14/2026 | |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF    Nevada

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| April 29, 2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Wallace Smith

Case No.: To be assigned

**REQUESTING ACCEPTANCE OF JURISDICTION**

April 24, 2026

TO:    United States District Judge

By way of case history, on October 18, 2022, Mr. Wallace Smith III was sentenced in the Middle District of Pennsylvania to 63 months custody followed by three (3) years of supervised release for committing the offense of Ct. 1 Possession with Intent to Distribute at Least 400 Grams and More of Fentanyl and at Least 5 Kilograms and More of Cocaine Hydrochloride. Mr. Smith commenced supervision on October 1, 2025.

Mr. Smith has significant ties to our community and intends to remain in our district for the duration of supervision. To address matters that may require the Court's attention in an efficient manner, we are requesting that transfer of jurisdiction be accepted. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), Chief U.S. District Court Judge Jennifer P. Wilson agreed to relinquish jurisdiction on January 14, 2026. It is respectfully requested that Jurisdiction be accepted by the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's review and signature.

Respectfully submitted,

Digitally signed by
Elijah Ray
Date: 2026.04.27
14:52:56 -07'00'

Elijah Ray
United States Probation Officer

Approved:

Digitally signed by
Donnette Johnson
Date: 2026.04.24
13:45:48 -07'00'

Donnette Johnson
Supervisory United States Probation Officer