TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388- 6515
Melinda.Brewer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00063-APG-BNW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| WALLACE SMITH, | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Melinda Brewer, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated: May 4, 2026.

Respectfully Submitted,

TODD BLANCHE
Acting Attorney General
of the United States Attorney

*/s/ Melinda Brewer*
Melinda Brewer
Assistant United States Attorney

1

**ELECTRONIC CERTIFICATE OF SERVICE**

I, undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED THIS: Monday, May 4, 2026.

*/s/ Melinda Brewer*
Melinda Brewer
Assistant United States Attorney

2